**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Tyrone D. Porter
R.P.D.C.-3 DOC No. 286333
7400 Academy Drive
Alexandria LA 71303

**REHEARING ACTION: March 20, 2013**

**Docket Number: 12   01254-KH**

**STATE OF LOUISIANA**
**VERSUS**
**TYRONE D. PORTER**

**Writ Application from Rapides Parish Case No. 302,293**

**BEFORE JUDGES**:

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tyrone D. Porter** has this day been

    **DENIED.**

cc: James C. Downs, Counsel for  the Respondent